**UNITED STATES of America,
Appellee,**

v.

**Chris W. PAIGE, Defendant–Appellant.**

No. 04–2674.

United States Court of Appeals,
Second Circuit.

Feb. 10, 2005.

Elizabeth D. Mann, Assistant Federal Public Defender, District of Northern New York and Vermont, Burlington, VT (Alexander Bunin, Federal Public Defender, and Molly Corbett, Research and Writing Specialist, on the brief), for Appellant.

David V. Kirby, Acting United States Attorney, District of Vermont, Burlington, VT (Barbara A. Masterson, Assistant United States Attorney, on the brief), for Appellee.

Present: JACOBS, CALABRESI, Circuit Judges, and RAKOFF, District

Judge.*

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the case be **REMANDED** for further proceedings.

Chris W. Paige, Jr. appeals from a judgment entered on May 6, 2004 in the United States District Court for the District of Vermont (Sessions, III, *C.J.*), convicting him by guilty plea of engaging in an unlawful interstate firearm transaction and unlawfully possessing a firearm, in violation of 18 U.S.C. § 922(a)(5), (g)(3). Paige was sentenced to 30 months' imprisonment on each count, to run concurrently, two years' supervised release, and a $200 special assessment.

* The Honorable Jed Rakoff of the United States District Court for the Southern District of

1. The district court did not err in calculating Paige's Guidelines sentence. *See United States v. Spurgeon,* 117 F.3d 641, 644 (2d Cir.1997).

2. Paige's sentence violated the Sixth Amendment. *See United States v. Booker,* — U.S. ——, ——, 125 S.Ct. 738, 755–56, 160 L.Ed.2d 621 (2005).

For the foregoing reasons, this case is **REMANDED** for further proceedings consistent with this Court's opinion in *United States v. Crosby,* No. 03–1675, 397 F.3d 103, 2005 U.S.App. LEXIS 1699 (2d Cir. Feb. 2, 2005).